UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BATTAGLIA,<br><br>      Plaintiff,<br><br>  v.<br><br>MVC CAPITAL, INC., MICHAEL TOKARZ, JOHN CHAPMAN, PHILLIP GOLDSTEIN, GERALD HELLERMAN, DOUGLAS KASS, ROBERT KNAPP, SCOTT KRASE, and ART LIPSON,<br><br>      Defendants. | Case No.: 1:20-cv-10429-VSB |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: January 5, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff*